AO 10*
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Clark, Leif M. | U.S.B.C.W.D.Tex. | 04/20/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge (Active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

615 E. Houston St.
Suite 383
San Antonio, Texas 78205

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Endowment Board, | National Conference of Bankruptcy Judges |
| 2. | Member, Executive Committee | National Bankruptcy Conference |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. June 2011 | Chulalongkorn University, Bangkok, Thailand (teaching) | $5,447.29 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | ▨ - salary ▨ |
| | |
| | |
| | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | World Bank | Jan 9-11 | Washington, D.C. | Conference | Air fare, hotel, taxi, parking |
| 2. | Norton Institutes on Bankruptcy Law | Feb 25 - Mar 1 | Park City, Utah | Bankruptcy Seminar | Air fare, hotel, car rental |
| 3. | INSOL International / United Nations | Mar 9-16 | Singapore | Judicial Colloquium & Quadrennial Conference | Air fare, Hotel, Incidentals |
| 4. | Norton Institutes on Bankruptcy Law | Apr 1-2 | Las Vegas, NV | Bankruptcy Seminar | Air fare, lodging, meals, parking |
| 5. | Turnaround Management ASsociation | Apr 28 | Chicago | Meeting | Airfare, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Leif M. | 04/20/2012 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Chulalongkorn University | May 30 - June 17 | Bangkok, Thailand | Bankruptcy Course | Air fare, hotel, transportation, food |
| 7. | Norton Institutes on Bankruptcy Law | Jun 26-27 | Jackson Hole | Bankruptcy Seminar | Air fare, hotel, car rental |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Leif M. | 04/20/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Leif M. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Note - Jane Krickenbarger | | None | J | W | | | | | |
| 2. Franklin Fund | B | Dividend | K | T | | | | | |
| 3. Seligman Comm & Inf Fund (SEP-IRA) | | None | K | T | | | | | |
| 4. EuroPac Growth Fund (SEP-IRA) | A | Dividend | K | T | | | | | |
| 5. Vanguard Money Market (SEP-IRA) | A | Interest | L | T | | | | | |
| 6. Note - Parker Pennings | | None | J | W | | | | | |
| 7. Broadway Bank (Checking) | | None | J | T | | | | | |
| 8. Broadway Bank (Personal Money Market) | A | Interest | J | T | | | | | |
| 9. Broadway Bank (Money Market) | A | Interest | K | T | | | | | |
| 10. Reserve Insured Deposits (TIAA-CREF) | A | Int./Div. | K | T | | | | | |
| 11. Reserve Insured Deposits (IRA) (TIAA-CREF) | A | Int./Div. | M | T | | | | | |
| 12. Reserve Insured Deposits (SEP) (TIAA-CREF) | A | Interest | M | T | | | | | |
| 13. Broadway Bank Svngs | A | Interest | J | T | | | | | |
| 14. Broadway Bank Svng | A | Interest | J | T | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Leif M. | 04/20/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.As of the conclusion of 2011, I am separated ███████████ I have no access to any financial information relating ███ holdings.

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Leif M. | 04/20/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leif M. Clark**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544